CAROLYN M. WELSHHANS (DC Bar No. 489120)
STEVEN D. BUCHHOLZ (Cal. Bar No. 202638)
JOHN K. HAN (Cal. Bar No. 208086)
 hanjo@sec.gov
ALICE JENSEN (Cal. Bar No. 203327)
 jensena@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:22-cv-02563-RS |
| Plaintiff, | STIPLATION AND [PROPOSED] ORDER RE: STAY OF PROCEEDINGS |
| v. | |
| BLOCK BITS CAPITAL, LLC, BLOCK BITS CAPITAL GP I, LLC AND JAPHETH DILLMAN | Courtroom:  3, 17th Floor Judge:  Richard Seeborg |
| Defendants. | |

<u>STIPULATION</u>

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Japheth Dillman ("Dillman"), Block Bits Capital, LLC, and Block Bits Capital GP I, LLC (together, "the Parties") hereby represent as follows:

1.      On April 26, 2022, the United States Attorney for the Northern District of California filed a criminal complaint against Japheth Dillman alleging wire fraud, in violation of 18 U.S.C.

§1343. *United States of America v. Japheth Dillman*, Case No. 3:22-mj-70518 MAG ("the criminal case").

2. On April 27, 2022, the SEC filed a civil complaint in the instant case against Block Bits Capital, LLC, Block Bits Capital GP I, LLC, and Japheth Dillman, alleging violations of federal securities laws, ("the civil case"). This case was originally assigned to Judge Illston.

3. On June 22, 2022, the SEC and Dillman conferred telephonically. Dillman stated that: he was representing himself *pro se* (but that he had an attorney advising him on the limited issue of requesting a stay of the civil case); the SEC could have direct communications with him while he is representing himself *pro se*; he requested a stay of the SEC civil proceedings pending resolution of his criminal case because of potential Fifth Amendment issues and because it will allow him to focus on the criminal case; and that he intends to retain civil counsel when the criminal case is resolved and the stay in the civil case is lifted (if not earlier).

4. On June 23, 2022, the SEC conferred with the Assistant United States Attorneys in the criminal case regarding a potential stay. The AUSAs stated that a stay of the civil proceedings, including discovery, would be beneficial to the parties in the criminal case.

5. On July 8, 2022, based on a joint stipulation of the parties, Judge Illston stayed the civil case pending resolution of Dillman's criminal case. Specifically, Judge Illston ordered "that all current court-imposed deadlines and dates, including Defendants' Answer, the Parties Initial Disclosures, the Parties' Joint Case Management Statement, and the Case Management Conference are VACATED." (Doc. No. #12). It was further ordered that the parties will request a status hearing with the Court within thirty days of the resolution of Dillman's criminal case.

6. On July 19, 2022, based on a joint stipulation of the parties, Judge Seeborg found that this civil case was related to *U.S. v. David Mata*, 22-cr-171-RS, an earlier-filed case that was assigned to his calendar, and, accordingly, ordered this civil case be reassigned to his calendar. (Doc. #13).

7.    On August 1, 2022, the Clerk's Office issued an ECF notice that the Case Management Statement is due by August 24, 2022, and the Initial Case Management Statement is scheduled for August 31, 2022. [Entry #15].

8.    In light of Judge Illson's previous order staying this case [Doc. No. 12], the parties respectfully request that the clerk's notice scheduling the Case Management Statement and Case Management Conference be vacated.

STIPULATED AND AGREED TO BY:

Plaintiff Securities and Exchange Commission

By    /s/ John K. Han

Date: August 10, 2022
John K. Han
U.S. Securities & Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Attorney for Plaintiff Securities and Exchange Commission

Defendants Japheth Dillman, Block Bits Capital, LLC and Block Bits Capital GP I, LLC

By:    _____

Date: August 12, 2022

1

## [PROPOSED] ORDER

2    Based on the foregoing stipulation, and for good cause shown, IT IS HEREBY:

3    ORDERED that all current court-imposed deadlines and dates, including Defendants'

4 Answers, the Parties' Initial Disclosures, the Parties' Joint Case Management Statement, and the

5 Case Management Conference are VACATED;

6

7

8 Date:  _____        _____
                                         The Honorable Richard Seeborg
9                                        United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28